# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>LORENZO BELL,<br><br>Defendant. | CASE NO. CR18-0261-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the pretrial motions filing date (Dkt. No. 14). Having thoroughly reviewed the motion and the relevant record, the Court hereby GRANTS the motion. The pretrial motions filing deadline is CONTINUED to December 4, 2018.

DATED this 28th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
