THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0261-JCC |
| Plaintiff, | ORDER |
| v. | |
| LORENZO BELL, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 16). Defendant has filed a waiver of speedy trial up to March 25, 2019. (Dkt. No. 17.) Having thoroughly considered the motion and Defendant's waiver of speedy trial, the Court GRANTS the motion (Dkt. No. 16) and FINDS that:

1. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).
2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).
3. A continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for Defendant to benefit from these efforts. On this basis, the Court finds that the ends of justice served by granting this continuance

outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

It is thus ORDERED that trial in this matter shall be continued from January 7, 2019 to March 11, 2019 at 9:30 A.M., and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv) and 3161(h)(6). Any pre-trial motions shall be filed no later than January 21, 2019.

DATED this 3rd day of December 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0261-JCC
PAGE - 2